August 27, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

ROGELIO AVILES-BARROSO, Appellant

NO. 14-14-00142-CR          V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcripts of the record of the court below, and having inspected the record, the Court holds there was no error in the judgment requiring reversal, but there was error in the judgment as entered, which is capable of reformation by this Court. Therefore, we modify the trial court's judgment to delete the amount of $71.50 from the total amount of $417.50 in assessed court costs.

The Court orders the judgment **AFFIRMED** as **MODIFIED**.

We further order this decision certified below for observance.